[No. 10087–4–I.  Division One.  July 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK
M. DAY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–00522–1, John F. Wilson, J., entered December 18, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by James and Williams, JJ.

[No. 10250–8–I.  Division One.  July 19, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. ALEXANDER
M. MUSHKIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–05018–1, Shannon Wetherall, J., entered March 25, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Ringold, JJ.

[No. 9918–3–I.  Division One.  July 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
REED TRIPLETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02987–4, Stephen M. Reilly, J., entered February 10, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Callow, J.

[No. 10257–5–I.  Division One.  July 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
HENSON MULLEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–01057–3, Jack Richey, J. Pro Tem., entered May 11, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Williams, J.